LYNN S. CARMAN (State Bar No. 28860)
**MEDICAID DEFENSE FUND**
404 San Anselmo Ave.
San Anselmo, CA 94960
Telephone: (415) 927-4023
Facsimile: (415) 256-9632

STANLEY L. FRIEDMAN (State Bar No. 120551)
445 S. Figueroa Street, 31st Floor
Los Angeles, CA 90071-1631
Telephone: (213) 629-1500
Facsimile: (213) 232-4071
E-Mail: friedman@friedmanlaw.org

Attorneys for Plaintiff
California Medical Transportation Association, Inc.

FILED
CLERK, U.S. DISTRICT COURT
May 4, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ____PG____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA MEDICAL TRANSPORTATION ASSOCIATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>SANDRA SHEWRY, Director of Department of Health Care Services of the State of California, et al.,<br><br>Defendant.<br>_____ | Case No. CV 08-7046-CAS (MAN)<br><br>**[~~PROPOSED~~] ORDER ON STIPULATION**<br><br>[Before The Honorable Christina A. Snyder] |

Having considered the stipulation for an Order of Dismissal With Prejudice, good cause appearing therefor,

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Case No. CV 08-7046 is hereby dismissed with prejudice.

DATED: May __4, 2015

*Christina A. Snyder*
The Honorable Christina A. Snyder
United States District Court Judge

Respectfully Submitted By:

*/s/ Stanley L. Friedman*
Attorney for Plaintiff
California Medical Transportation Association, Inc.